UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
REGINA LEWIS,

                           Plaintiff,                                          **ORDER**

         – against –                                                      21-CV-8487 (CS)

JAMES SKOUFIS, JOHNATHAN JACOBSON and
CITY OF NEWBURGH,

                           Defendants.
-------------------------------------------------------------------------x

Seibel, J.

        For the reasons set forth on the record today – specifically, Plaintiff's failure to abide by

my order that she refrain from abusive conduct[1] – this case is dismissed.

        The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff and

close the case.

**SO ORDERED.**

Dated: January 5, 2022
        White Plains, New York

                                                       _____
                                                       CATHY SEIBEL, U.S.D.J.

---

[1] As the record (available from the court reporter and also audio-recorded by the conference-call system used by the Court) will reflect, Plaintiff used offensive and foul language – such as "Fuck you, bitch" and "rotten ass Jew" – at length in addressing the Court.